sion, First Department. June 2, 1911.) Action by Isaac Gingold against William Lyman, impleaded with others. E. Williams, for appellant. H. Nathan, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GLEASON, Respondent, v. GLEASON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 2, 1911.) Action by William Gleason against John J. Gleason and others. No opinion. Interlocutory judgment affirmed, with costs.

GOETZ, Respondent, v. GORDON et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) In the matter of supplementary proceedings of Meyer Goetz against Nathan Gordon and another. No opinion. Motion for stay denied, and temporary stay vacated, without costs.

GOLDAN v. MURRAY et al. (two cases). (Supreme Court, Appellate Division, First Department. May 26, 1911.) Actions by S. Ormond Goldan against Russell Murray and others. No opinion. Motions denied, with $10 costs. Orders filed.

GOLDBERG v. MALZMAN et al. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by Samuel Goldberg against Pincus Malzman and others. Max Schleimer, for appellant. Spiro & Wasservogel (Abraham I. Spiro, of counsel), for respondents. PER CURIAM. Order affirmed, with $10 costs and disbursements. JENKS, P. J., and WOODWARD, J., dissent, on the authority of Earle v. Beman, 1 App. Div. 136, 36 N. Y. Supp. 833.

GOLDSTEIN, Appellant, v. WESSON et al., Respondents. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Melvine W. Goldstein against Emma L. Wesson and others. H. S. Dottenheim, for appellant. A. G. Fox, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOODMAN, Respondent, v. SCHWAB, Appellant. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Isaac Goodman against Joseph S. Schwab. C. Goldzier, for appellant. I. Cohn, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 136 App. Div. 583, 121 N. Y. Supp. 69.

GOODMAN CONTRACTING CO. v. BALTIMORE BRIDGE CO. (Supreme Court, Appellate Term. May 4, 1911.) Appeal from Municipal Court, Borough of the Bronx, Second District. Action by the Goodman Contracting Company against the Baltimore Bridge Company. From a Municipal Court judgment for plaintiff, defendant appeals. Modified and affirmed. Wait & Foster (William L. Bowman, of counsel), for appellant. Foley, Martin & Nelson, for respondent. LEHMAN, J. The plaintiff recovered a judgment for $265.04, exclusive of costs, in an action for services rendered to defendant at its special instance and request. The record is voluminous and complicated, owing to the large number of items contained in plaintiff's bill of particulars. A careful examination of the record discloses no prejudicial error of law, and I do not find that the judgment is against the weight of evidence. The trial justice, however, erroneously awarded judgment for the amount demanded, which is larger than the amount of the items claimed in the bill of particulars or shown at the trial. The judgment should be reduced to $237.04, the amount actually proven, with appropriate costs, and, as modified, affirmed, without costs of the appeal to either party. All concur.

GOODMAN MFG. CO. v. BARNES et al. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by the Goodman Manufacturing Company against John A. Barnes, impleaded with others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

GOODYEAR TIRE & RUBBER CO., Respondent, v. NEW YORK TAXICAB CO., Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Action by the Goodyear Tire & Rubber Company against the New York Taxicab Company. E. D. Brown, for appellant. L. E. Mahan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOOSSEN, Appellant, v. CODDINGTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by Arthur Goossen, an infant, etc., against Charles S. Coddington. PER CURIAM. Judgment of County Court reversed, and judgment of Municipal Court affirmed, with costs in this court and County Court to appellant. McLENNAN, P. J., dissents, upon the opinion of the special county judge.

GOOSSEN, Appellant, v. CODDINGTON, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 2, 1911.) Action by Arthur Goossen, an infant, etc., against Charles S. Coddington. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. For former decision, see supra.

GORDON, Appellant, v. JACOBS, Respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1911.) Action by Samuel Gordon against Meyer Jacobs. No opinion. Order of the Municipal Court affirmed, with costs.

GORLITZER, Appellant, v. WOLFFBERG, Respondent. (Supreme Court, Appellate Division, First Department. June 2, 1911.) Action by Mary Gorlitzer against Betty Wolffberg, as administratrix, etc. E. J. Bernheimer, for appellant. J. M. Guedalia, for respondent. No